UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ULLOA,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 23-cv-06556-PCP<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On November 4, 2024, the Court entered judgment in favor of plaintiff Ulloa in accordance with Ford Motor Company's offer of judgment pursuant to Fed. R. Civ. P. 68. Dkt. No. 30. The motion for plaintiff's attorneys' fees, costs, and expenses was due no later than December 4, 2024. *Id.* The parties sought an extension of the deadline for filing that motion that the Court granted as modified, ordering that the motion be filed by January 10, 2025. Dkt. No. 32. No motion was filed by this deadline. On January 27, 2025, the Court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute or, alternatively, to file the motion for attorneys' fees by no later than February 3, 2025. That date has passed, and plaintiff has made no filing.

Pursuant to Rule 41(b), the Court dismisses this action without prejudice for failure to prosecute and comply with a court order. Accordingly, the clerk of court is ordered to close the case.

**IT IS SO ORDERED.**

Dated: February 11, 2025

_____
P. Casey Pitts
United States District Judge